IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02334-REB-OES

THE SHERWIN-WILLIAMS AUTOMOTIVE FINISHES CORP., a Delaware corporation,

Plaintiff(s),

vs.

EXOTIC BODIES BY JIM, LLC, a Colorado limited liability company,

Defendant(s).

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  September 29, 2005

　　The Stipulated Motion to Vacate and Reschedule Final Pretrial Conference [filed September 28, 2005, Document 26-1] is GRANTED.  The pretrial conference of October 3, 2005, is VACATED and RESET to **January 24, 2006**, at the hour of 9:15 a.m.