**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02334-REB-MEH

THE SHERWIN-WILLIAMS AUTOMOTIVE FINISHES CORP., a Delaware corporation,

    Plaintiff,

v.

EXOTIC BODIES BY JIM, LLC, a Colorado limited liability company,

    Defendant.

---

MINUTE ORDER[1]

---

The Joint Motion to Vacate Trial Date and Final Pretrial Conference (*sic*) Date and Reset the Trial Date [#43], filed February 21, 2006, is GRANTED. The Trial Preparation Conference set for May 26, 2006, and the jury trial set to commence June 12, 2006, are VACATED. The court shall conduct a telephone conference call on **February 27, 2006**, at 10:00 a.m. in order to reset the trial preparation conference and jury trial. Counsel for the plaintiff shall initiate the call to defense counsel and to the court.

Dated: February 22, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.