IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02334-REB-MEH

THE SHERWIN-WILLIAMS AUTOMOTIVE FINISHES CORP.,
a Delaware corporation,

      Plaintiff,

v.

EXOTIC BODIES BY JIM, LLC, a Colorado limited liability company,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2006.**

      Based upon the Second Trial Preparation Conference Order entered by Judge Robert E. Blackburn on February 27, 2006, the parties' Joint Motion for a Status Conference and to Modify Discovery Deadlines [Filed February 21, 2006; Docket #44] is **granted**.

      A telephonic status conference is hereby scheduled for Friday, March 3, 2006, at 9:30 a.m. Counsel for the Plaintiff is directed to coordinate teleconferencing the appropriate counsel together and calling in to Chambers at (303) 844-4507 at the designated time. At that time, the Court will discuss with the parties re-setting a deadline for discovery, in light of Judge Blackburn's recent Order, and any other pertinent case management issues.