IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 04-cv-02334-REB-MEH

THE SHERWIN-WILLIAMS AUTOMOTIVE FINISHES CORP., a Delaware corporation,

   Plaintiff,

v.

EXOTIC BODIES BY JIM, LLC, a Colorado limited liability company,

   Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On April 6, 2006, the parties filed a **Stipulated Motion for Dismissal With Prejudice** [#57]. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion for Dismissal With Prejudice** [#57], filed on April 6, 2006, is **GRANTED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for May 26, 2006, and the jury trial set to commence June 12, 2006, are **VACATED**; and

4.  That this court retains jurisdiction to enforce the settlement reached in this matter.

Dated April 7, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**